UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANGZHOU CHECHENG TECHNOLOGY CO., LTD. and HONGKONG JIANFENG ELECTRONIC TECHNOLOGY CO., LIMITED,

Plaintiffs,

-against-

STAR SMART LIMITED,

Defendant.

26-CV-8974 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On October 27, 2026, plaintiffs filed a letter that included a proposed order to show cause directed towards Star Smart Limited. Dkt. 13. Attached to that filing is a memorandum of law in support of a motion for a preliminary injunction. Dkt. 13-1. Plaintiffs are not seeking emergency or ex parte relief, such as a temporary restraining order. At this juncture, plaintiffs only seek to serve the order to show cause and supporting papers pursuant to the Hague Convention, and provide immediate notice of the application to Star Smart Limited and its patent counsel by email. Dkt. 13-1 at 11. Plaintiffs ask that the return date for the motion be set after service is complete. *Id.* That request is GRANTED.

After corresponding with Star Smart Limited, plaintiffs should submit a letter-motion addressing a path forward for this case, including a proposed timeline for disposition of the pending application for preliminary injunctive relief, identifying any disputes with Star Smart Limited as to that schedule. Star Smart Limited will be furnished an opportunity to address any disputed issues.

SO ORDERED.

Dated: November 4, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge